UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Reshare Commerce, LLC,

      Plaintiff,

v.

State Farm Mutual Automobile Insurance
Company and American Family Mutual
Insurance Company,

      Defendants.

**ORDER**
Civil No. 11-2617 ADM/JJG

_____

Steven R. Daniels, Esq., and W. Bryan Farney, Esq., Farney Daniels, LLP, Georgetown, TX; Alan Anderson, Esq., Alan Anderson Law Firm, Minneapolis, MN, for Plaintiff.

R. William Beard, Jr., Esq., and Truman Fenton, Esq., King & Spalding LLP, Austin, TX; Barbara Berens, Esq., Berens & Miller, PA, Minneapolis, MN, for Defendant State Farm Mutual Automobile Insurance Company.

Robert J. Gilbertson, Esq., John W. Ursu, Esq., and Sybil L. Dunlop, Esq., Green Espel PLLP, Minneapolis, MN, for Defendant American Family Mutual Insurance Company.
_____

      Pursuant to the Stipulation for Judgment of Non-Infringement filed by the Plaintiff Reshare Commerce, LLC and Defendants State Farm Mutual Automobile Insurance Company and American Family Mutual Insurance Company [Docket No. 140], and based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

    1.    The Stipulation for Judgment of Non-Infringement is **ADOPTED**, and judgment in this matter will be entered accordingly.

    2.    All claims in the Amended Complaint [Docket No. 113] are **DISMISSED WITH PREJUDICE**.

    3.    Defendant State Farm Mutual Automobile Insurance Company's Counterclaim [Docket No. 131] is **DISMISSED WITHOUT PREJUDICE**.

4. Defendant American Family Mutual Insurance Company's Counterclaim [Docket No. 132] is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

s/Ann D. Montgomery

ANN D. MONTGOMERY
U.S. DISTRICT JUDGE

Dated: January 7, 2013